No. 07-16-00214-CV

| | | |
|---|---|---|
| Kyle Anderson, M.D.<br>    Appellant | § | From the 72nd District Court<br>    of Lubbock County |
| | § | |
| v. | | July 26, 2017 |
| | § | |
| Suzanne Stiniker, as Administrator of<br>the Estate of Mikel Stone, and as<br>Guardian of the Person and<br>Estate of Whitley Taylor Stone,<br>and Erek Mikel Stone<br>    Appellees | § | Opinion by Justice Pirtle |

## J U D G M E N T

Pursuant to the opinion of the Court dated July 26, 2017, it is ordered, adjudged and decreed that the order of the trial court be reversed and this cause is remanded to the trial court.

It is further ordered that appellees pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o